IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

CHARLES CORNELIUS                                                                                          PLAINTIFF

Vs                                          CASE NO.: 4:08cv00174 BSM

GRAHAM NOBLE & ASSOCIATES                                                                   DEFENDANT

ORDER

The above referenced case was transferred to the Eastern District of Arkansas from the District of New Jersey, pursuant to 28 U.S.C. §1406(a), on February 29, 2008. By letter dated February 29, 2008, the U.S. District Court Clerk for the Eastern District of Arkansas, notified plaintiff's counsel, Bruce K. Warren, that he was not enrolled to practice in this district. A copy of the letter to counsel is attached hereto. The letter informed counsel of the requirements to practice in this district and requested his compliance within 30 days of the letter.

To date, Mr. Warren has neither enrolled to practice in the Eastern District of Arkansas, nor has he filed a motion to appear pro hac vice.

IT IS THEREFORE ORDERED that plaintiff take action within 30 days of the entry of this order to either (1) have Mr. Warren admitted to practice, (2) retain new counsel to enter an appearance, or (3) file a notice that he will proceed pro se. If no such action is taken, plaintiff's complaint will be dismissed in its entirety, without prejudice, for failure to prosecute. Mr. Warren is directed to serve a copy of this order on plaintiff and to file a certificate of service.

IT IS SO ORDERED this 17th day of July, 2008.

*Brian S. Miller*
UNITED STATES DISTRICT JUDGE