IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
LITTLE ROCK DIVISION

CHARLES CORNELIUS                                          PLAINTIFF

v.                              CASE NO. 4:08CV00174 BSM

GRAHAM NOBLE & ASSOCIATES                                  DEFENDANT

## ORDER

This case was transferred to the Eastern District of Arkansas from the District of New Jersey on February 29, 2008.  By letter dated February 29, 2008, the United States District Court Clerk for the Eastern District of Arkansas notified plaintiff's counsel, Bruce K. Warren, that he was not enrolled to practice in this district.  The letter informed Mr. Warren of the requirements to practice in this district and requested his compliance within 30 days of the date of the letter.

Upon Mr. Warren's failure to comply with the February 29th letter, an order was entered on July 17, 2008, directing plaintiff to, within 30 days of the entry of the order, either (1) have Mr. Warren admitted to practice in this district, (2) retain new counsel to enter an appearance, or (3) file a notice that he will proceed pro se.  Plaintiff was warned that his failure to take an action would result in his complaint being dismissed in its entirety, without prejudice, for failure to prosecute.

The time for plaintiff to take action has come and passed; plaintiff has failed to take any action to preserve his case.  Plaintiff's complaint is, therefore, dismissed without prejudice for failure to prosecute.

IT IS SO ORDERED this 28th day of August, 2008.

_____
UNITED STATES DISTRICT JUDGE